UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOKESH S. TANTUWAYA, | Case No. CV 24-02891-DMG (MAR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| BRIAN BIRKHOLZ, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondent is to recalculate Petitioner's sentence utilizing December 9, 2022, as the correct date on which Petitioner became eligible to earn FSA credits.[1]

DATED: November 15, 2024

_____
DOLLY M. GEE
Chief United States District Judge

---

[1] The Court is not ordering Respondent to automatically award Petitioner with 52 credits for the period from December 9, 2022 to May 9, 2023. Rather, the Court orders Respondent to award Petitioner with all credits he may have earned between December 9, 2022 to May 9, 2023.